UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADEKUNLE A. ONATOLU,<br><br>               Plaintiff,<br><br>          -against-<br><br>PROSTESTANT CHURCHES AND ALL OTHER RELIGIOUS ORGANIZATIONS,<br><br>               Defendant. | 20-CV-6232 (CM)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

COLLEEN McMAHON, Chief United States District Judge:

On July 9, 2015, Plaintiff was barred from filing any new civil action in this Court *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Onatolu v. U.S. Army*, ECF 1:15-CV-2829 (S.D.N.Y. July 9, 2015). Plaintiff files this new *pro se* action, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the July 9, 2015 order in *Onatolu*, ECF 1:15-CV- 2829.

The Court directs the Clerk of Court to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 10, 2020
          New York, New York

                                                      COLLEEN McMAHON
                                                Chief United States District Judge