UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADKUNLE A. ONATOLU,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>PROSTESTANT CHURCHES AND ALL OTHER RELIGIOUS ORGANIZATIONS,<br><br>　　　　　　　　　　　　Defendant. | 20-CV-6232(CM)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued August 10, 2020, dismissing this action without prejudice,

　　　　IT IS ORDERED, ADJUDGED, AND DECREED that under the July 9, 2015 order in *Onatolu v. U.S. Army*, ECF 1:15-CV-2829 (S.D.N.Y. July 9, 2015), this action is dismissed without prejudice.

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:　August 10, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge